IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| YELLOWSTONE INSURANCE EXCHANGE, RRG,<br><br>Plaintiff,<br><br>vs.<br><br>BROADWATER HEALTH CENTER n/k/a BILLINGS CLINIC BROADWATER,<br><br>Defendant. | CV 24-21-H-KLD<br><br>ORDER |

 Pursuant to the Court's prior order (Doc. 44), the parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 46). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

 IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

 IT IS FURTHER ORDERED that the telephonic status conference set for July 31, 2025 is VACATED.

//

1

The Clerk of Court is directed to close the case file.

    DATED this 31st day of July, 2025.

                                              _____
                                              Kathleen L. DeSoto
                                              United States Magistrate Judge